54

UNIVERSAL AUTOMOBILE INSURANCE COMPANY, a Corporation, Appellant, v. Sadie M. LOCKHART, Appellee.*

No. 6887.

Circuit Court of Appeals, Ninth Circuit.

Sept. 16, 1933.

C. H. Young and Moore & Shimmel, all of Phœnix, Ariz., for appellant.

Armstrong, Kramer, Morrison & Roche, of Phœnix, Ariz., for appellee.

. Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

This case is identical with that of Universal Automobile Insurance Company v. Grace Benoit (C. C. A.) 67 F.(2d) 52, this day decided. The briefs filed by counsel cover both cases.

Upon the authority of that case, the judgment herein is affirmed.